IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONICA A. KRAYKOVIC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-374 |
| | ) |
| VERIZON WIRELESS, | ) Judge Lancaster |
| | ) Magistrate Judge Hay |
| Defendant. | ) |

ORDER

AND NOW, this 4th day of Oct, 2006, this Court having been advised that the parties in this case have reached a settlement and that a stipulation of dismissal will be filed within thirty (30) days from this date, and it appearing that no further action is contemplated by this Court in the above matter,

IT IS HEREBY ORDERED that the Clerk of Court mark the above-captioned case closed.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this Order has not been entered.

GARY L. LANCASTER
United States District Judge

cc: Joseph H. Chivers, Esquire
312 Boulevard of the Allies
Suite 600
Pittsburgh, PA 15222

James S. Urban, Esquire
Jones Day
500 Grant Street
Suite 3100
Pittsburgh, PA 15219