IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MONICA KRAYKOVIC,

        Plaintiff,

v.

VERIZON WIRELESS,

        Defendant.

Case No. 2:06-CV-00374-GLL-ARH

Judge Lancaster

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Monica Kraykovic ("Plaintiff") and Defendant Cellco Partnership d/b/a Verizon Wireless, ("Defendant"), hereby stipulate that all of Plaintiff's claims in the above-captioned matter will be *dismissed with prejudice*. No counterclaims have been served. Each party shall bear its own attorneys' fees and costs. The Clerk shall mark this case as closed. IT IS SO STIPULATED AND AGREED:

s/ Joseph H. Chivers
Joseph H. Chivers, Esq.
312 Boulevard of the Allies
Suite 3600
Pittsburgh, PA 15222
(412) 281-1110

Counsel for Plaintiff

s/ James S. Urban
James S. Urban, Esq. (#82019)
JONES DAY
500 Grant Street
31st Floor
Pittsburgh, PA 15219
(412) 391-3939

Counsel for Defendant

SO ORDERED:

Gary L. Lancaster
U.S. District Judge

11/3, 2006

PII-1147557v1